786

No. 580.   WILKY CARRIER CORP. v. YOUNG ET AL.   January 7, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. John J. McDevitt, Jr.* for petitioner.   *Mr. Abbot P. Mills* for respondents.

No. 608.   TAYLOR v. NEW YORK CENTRAL RAILROAD Co.   January 7, 1946.   Petition for writ of certiorari to the Court of Appeals of New York denied.   *Mr. Copal Mintz* for petitioner.   *Mr. John Godfrey Saxe* for respondent.

No. 632.   TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS v. SCHORB.   January 7, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Arnot L. Sheppard* for petitioner. *Messrs. William H. DeParcq* and *Harvey B. Cox* for respondent.

No. 640.   ROBERTSON v. NEW YORK LIFE INSURANCE Co.   January 7, 1946.   Petition for writ of certiorari to the Supreme Court of Michigan denied.   Petitioner *pro se.* *Mr. Harold H. Armstrong* for respondent.

No. 383.   WRIGHT v. JOHNSTON, WARDEN.   January 7, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   Petitioner *pro se.* *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.